■ In the Matter of PETER BLESSINGER et al., Appellants, v JUAN U. ORTIZ et al., Respondents.—Judgment, Supreme Court, New York County (Arnold Fraiman, J.), entered on October 11, 1984, unanimously affirmed for the reasons stated

by Fraiman, J., at Trial Term, without costs and without disbursements. Concur—Sandler, J. P., Carro, Milonas, Rosenberger and Ellerin, JJ.